CHARLES J. McKEE (SBN 152458)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, Third Floor
Salinas, California 93901-2653

Telephone: (831) 755-5045
Facsimile: (831) 755-5283
E-Mail: HolmesJL@co.monterey.ca.us

ATTORNEY FOR DEFENDANT,
COUNTY OF MONTEREY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAWN ALLEN, JEFF BOLES, ROGER MCRAE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF MONTEREY, and DOES 1-50. <br><br> Defendant. | CASE NO. CV 13-01659LHK <br><br> **STIPULATION AND [PROPOSED] ORDER RE: MEDIATION DEADLINE** |

The deadline for mediation in the above-reference matter had been set for the 90-day presumptive deadline, calculated based on the court's order as September 25, 2013. Due to scheduling conflicts and challenges in collecting County data required for an informed mediation, it is hereby stipulated by and through counsel of record for all parties, and Court's ADR Office assigned mediator, Alan R. Berkowitz, the deadline for mediation of this matter may be extended to, and the mediation has been set for, October 21, 2013. The mediation will take place at the offices of Judicate West, One Market Plaza, Suite 3600, San Francisco, commencing at 10:00 a.m. Counsel for all parties, and

1

*Dawn Allen v. County of Monterey, et al.*            CASE NO. CV 13-01659LHK

1  the assigned mediator, hereby request that this court extend the deadline for mediation of
2  this matter up to, and including, October 21, 2013.
3        WHEREFORE, IT IS SO STIPULATED.
4  Dated:  September 9, 2013    CHARLES  J. McKEE
                                    County Counsel

7  By:  /s/ Janet L. Holmes
        JANET L. HOLMES, Deputy County Counsel
8          Attorneys for Defendant, COUNTY OF MONTEREY

9  Dated: September 9, 2013    SCHNEIDER WALLACE COTTRELL KONECKY LLP

12  By:  /s/ Joshua Konecky
        JOSHUA KONECKY
        Attorneys for Plaintiffs, DAWN ALLEN, et al.

15  **ORDER**

16  IT IS HEREBY ORDERED:  The deadline for mediation of the case is extended up to,
17  and including, October 21 2013.

18  Dated:  9/10/2013
19                                        Lucy H. Koh
                                      UNITED STATES DISTRICT COURT JUDGE

*Dawn Allen v. County of Monterey, et al.*     CASE NO. CV 13-01659LHK