Harry S. Stern (State Bar No. 176854)
Peter A. Hoffmann (State Bar No. 254354)
RAINS LUCIA STERN, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, California 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: hstern@rlslawyers.com
Email: phoffmann@rlslawyers.com

Joshua Konecky (State Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100

ATTORNEYS FOR PLAINTIFFS

CHARLES J. McKEE (SBN 152458)
County Counsel
JANET L. HOLMES (SBN 107639)
Deputy County Counsel
Office of the County Counsel
County of Monterey
168 W. Alisal Street, Third Floor
Salinas, California 93901-2653
Telephone: (831) 755-5045
Facsimile: (831) 755-5283
E-Mail: HolmesJL@co.monterey.ca.us

ATTORNEYS FOR DEFENDANT,
COUNTY OF MONTEREY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DAWN ALLEN, JEFF BOLES, ROGER MCRAE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

COUNTY OF MONTEREY, and DOES 1-50.

Defendants.

Case No. CV 13-01659LHK

JOINT CASE MANAGEMENT STATEMENT, **NOTICE OF PENDING SETTLEMENT, REQUEST FOR CONTINUANCE** AND [PROPOSED] ORDER

[Fed. R. Civ. P. 26(f), Civ.L.R. 16-9]

Conference Date: March 20, 2014
Time: 2:00 p.m.
Place: Courtroom 8, 4th Floor
The Honorable Lucy H. Koh

1

1  The parties to the above-entitled action jointly submit this Case Management Statement, Notice

2  of Pending Settlement, Request for Continuance and Proposed Order.

3  This is an action under the Fair Labor Standards Act alleging that Defendant County of

4  Monterey failed to accurately calculate and pay all overtime due to probation officers and juvenile

5  institution officers.  The parties' previous Joint Case Management Conference Statement [doc 29]

6  provides an overview of the claims and issues raised by the case.

7  Since the last Case Management Conference of October 30, 2013, the parties have reached a

8  comprehensive settlement through the assistance of the Court appointed mediator, Allen R. Berkowitz.

9  Counsel has completed drafting the formal settlement documents, which are now with the parties for

10  their final review and signature.  As part of the settlement, the parties have stipulated to the filing of an

11  amended complaint that will align the claims in the operative pleadings with the claims addressed by the

12  settlement.  The parties will then request that the amended complaint be dismissed upon review of the

13  settlement agreement by the Court.  Although this is not a class action subject to FRCP 23(e), the parties

14  intend to file a complete copy of the entire settlement agreement along with the stipulated amended

15  complaint and request for dismissal, once the settlement agreement has been signed by all parties.

16  Counsel anticipate that the settlement documentation will be finalized within fourteen (14)

17  days of the submission of this case management conference statement and request that the Court

18  continue the case management conference for fourteen (14) or more days to facilitate this process.

19                              Respectfully submitted,

20

21  DATED:  _March 13, 2014                By: _____/s/_____

22                                               Joshua Konecky
                                                 Attorneys for Plaintiffs
23

24

25

26  DATED:  __March 13, 2014               By: _____/s/_____

27                                               Janet Holmes, Deputy County Counsel
                                                 Attorneys for Defendant, County of Monterey
28

2

Joint Case Management Statement, Notice of Pending Settlement, Request for Continuance and [proposed] Order        Case No.  CV 13-01659LHK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CASE MANAGEMENT ORDER**

    To permit the parties to finalize and file settlement documents, the Case Management

Conference set for March 20, 2014 is hereby continued to May 7, 2014 at 2p.m.

IT IS SO ORDERED.

Dated: 3/14/2014



    THE HONORABLE LUCY H. KOH
    UNITED STATES DISTRICT JUDGE

3

Joint Case Management Statement, Notice of Pending Settlement, Request for Continuance and [proposed] Order     Case No. CV 13-01659LHK