1   CHARLES J. McKEE (SBN 152458)
County Counsel
2   JANET L. HOLMES (SBN 107639)
Deputy County Counsel
3   Office of the County Counsel
County of Monterey
4   168 W. Alisal Street, Third Floor
Salinas, California 93901-2653
5
Telephone: (831) 755-5045
6   Facsimile: (831) 755-5283
E-Mail: HolmesJL@co.monterey.ca.us
7
ATTORNEY FOR DEFENDANT,
8   COUNTY OF MONTEREY

9
UNITED STATES DISTRICT COURT
10
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION
11

12
DAWN ALLEN, JEFF BOLES, ROGER        )   CASE NO.  CV 13-01659LHK
13   MCRAE, on behalf of themselves and all   )
others similarly situated,               )   **STIPULATION AND (PROPOSED)**
14                                             )   **ORDER RE: DISMISSAL**
            Plaintiffs,                    )
15                                             )
    vs.                                    )
16                                             )
COUNTY OF MONTEREY, and DOES             )
17   1-50.                                    )
                                          )
18            Defendant.                    )
                                          )
19                                            /

20

21        TO THE HONORABLE COURT AND ALL PARTIES:

22        WHEREAS, certain disputes arose between the COUNTY and Plaintiffs

23   pertaining to how the regular and overtime rates of pay were determined in the

24   calculation of overtime, after implementation of a new payroll system known as

25   Advantage HRM.  Plaintiffs claimed their regular and overtime rates had been

26   improperly calculated and they were underpaid for overtime worked.  The period of time

27   at issue includes portions of August 2010 through October 2011; and

28

1

1    WHEREAS, on April 11, 2013, Plaintiffs filed the above-captioned putative

2   collective action lawsuit (hereinafter the "Action"), alleging damages resulting from

3   violations of the Fair Labor Standards Act's wage and hours provisions (29 U.S.C. §

4   216(b)), and named the County of Monterey ("County") as the Defendant (Docket #1).

5   May 6, 2013, Defendant filed an Answer, asserting affirmative defenses. (Docket #10);

6   and

7    WHEREAS, July 12, 2013, as a part of the Court's Alternative Dispute Resolution

8   program, the Parties were referred to court-ordered mediation with Alan R. Berkowitz

9   (Docket #25).  Mr. Berkowitz conducted two separate mediation sessions at which the

10   Parties were represented by counsel and negotiated at arms-length.  Plaintiffs were

11   represented by Josh Konecky of Schneider Wallace Cottrell Konecky LLP, and

12   Defendant was represented by Janet Holmes, Deputy County Counsel, Office of the

13   Monterey County Counsel.  At the close of the second mediation session on December 3,

14   2013, Mr. Berkowitz made a mediator's proposal, which the parties accepted on

15   December 4, 2013.  As a result of the mediation, Plaintiffs and Defendant each wish to

16   settle and resolve the pending matter in order to avoid the disruption, inconvenience,

17   burdens, costs, delays and those uncertainties incident to legal proceedings; and

18    WHEREAS, the parties have entered into a Settlement Agreement, a copy of

19   which is attached hereto as Exhibit A.

20    WHEREAS, the Settlement Agreement provides for aggregate payments equaling

21   two times the full amount of overtime differentials that are allegedly due to all the

22   employees at issue in this action in connection with the implementation of the payroll

23   system known as Advantage HRM. (See ¶¶ 2D & E of Settlement Agreement.)

24    WHEREAS, pursuant to the Settlement Agreement, the parties have stipulated to

25   the filing of an Amended Complaint that removes allegations of additional "off the

26   clock" work alleged in the original complaint.  The stipulation and Amended Complaint

27   is filed concurrently with this Stipulation and proposed Order re Dismissal.

28

2

1    WHEREAS, the Settlement Agreement further allows individuals with claims or
2  potential claims based on alleged "off the clock" work to pursue such claims in a separate
3  proceeding, subject to whatever statute of limitations defenses and tolling arguments that
4  may apply based on the pleadings on file during the pendency of this action.  Defendant
5  maintains that this issue only affects 3 people and is not suitable for class or collective
6  action treatment; Plaintiffs dispute the number of potentially affected employees, but
7  agree that it would be in the interests of all sides for this issue to be addressed in a
8  different proceeding.
9    WHEREAS, the only payments made pursuant to this Settlement Agreement and
10  covered by the Amended Complaint are those arising from the dispute regarding the
11  determination of the regular rate of pay in calculating overtime for time already recorded
12  in the County's timekeeping and payroll system, for the Probation Officers and Juvenile
13  Institution Officers described in Paragraph 18 of the Amended Complaint, during the
14  period of time August 2010 to October 2011.
15    WHEREAS, the Settlement Agreement does not require any Plaintiff or other
16  employee to execute a release of these or any other claims, notwithstanding the overtime
17  and penalty payments provided herein.
18    WHEREAS, the total aggregate amount of unpaid overtime calculated to be due to
19  all the covered employees is $15,635.12, and the aggregate payments to the employees
20  will be twice this amount under the Settlement Agreement.
21    WHEREAS, after all payments to the employees, the amount that will remain for
22  payment to Plaintiffs' counsel to compensate them for their attorneys' fees and costs will
23  be approximately $49,576.00, and Plaintiffs' counsel represent that their lodestar exceeds
24  $125,000.00.
25    WHEREAS, the parties have agreed by and through their respective counsel that
26  no motion should be required as to the status of the collective action or this Settlement
27  because (1) all potential plaintiffs have been paid in full, with penalties, and no release,
28  for the claims now covered by this lawsuit, (2) there is no release for any other claims

3

1   that have ever been at issue in this case; (3) there have been no allegations under FRCP

2   23; and (4) the attorney time and expense for both sides in briefing the matter further

3   would outweigh the total amount in dispute for the claims covered by the case;

4             IS IT HEREBY STIPULATED

5             Pursuant to a Settlement Agreement attached, between Plaintiffs DAWN ALLEN,

6   JEFF BOLES, ROGER MCRAE and Defendant COUNTY OF MONTEREY, et al., the

7   parties hereby request that all parties be dismissed with prejudice from the above-entitled

8   action, with each party to bear their own fees and costs.

9   WHEREFORE, IT IS SO STIPULATED.

10

11  Dated: _April 23_, 2014          CHARLES J. McKEE
                                      County Counsel
12

13

14                             By: _____ for
                                      JANET L. HOLMES, Deputy County Counsel
15                                    Attorneys for Defendant, COUNTY OF MONTEREY

16  Dated: _March 27_, 2014     SCHNEIDER WALLACE COTTRELL KONECKY LLP

17

18                             By: _____
                                      JOSHUA KONECKY
19                                    Attorneys for Plaintiffs, DAWN ALLEN, et al.

20

21

22                             **ORDER**

23  Good cause appearing therefore, and based upon the Stipulation above, and the

24  Settlement Agreement attached as Exhibit A, IT IS HEREBY ORDERED:  This case is

25  dismissed.

26

27  Dated: _____, 2014     _____

28                                    UNITED STATES DISTRICT COURT JUDGE

*Dawn Allen v. County of Monterey, et al.*                    CASE NO. CV 13-01659LHK

# Exhibit A

## SETTLEMENT AGREEMENT

This **Settlement Agreement** (hereinafter, "Agreement") is entered into by and between the following parties ("the Parties"):  Plaintiffs Dawn Allen, Jeff Boles and Roger McRae (hereinafter "Plaintiffs") and Defendant County of Monterey (hereinafter "COUNTY" or "Defendant").

## RECITALS

A.    Plaintiffs were at all pertinent times, and are, employees of the COUNTY, assigned as Probation Officers or Juvenile Institution Officers/Supervisors in the COUNTY's Probation Department

B.    Certain disputes arose between the COUNTY and Plaintiffs pertaining to how the regular and overtime rates of pay were determined in the calculation of overtime, after implementation of a new payroll system known as Advantage HRM.  Plaintiffs claimed their regular and overtime rates had been improperly calculated and they were underpaid for overtime worked.  The period of time at issue is on or about August 2010 through on or about October 2011.

C.    On April 11, 2013, Plaintiffs filed a putative collective action lawsuit in federal court, U.S.D.C. Northern District of California (the "Court), Case No. CV 13-02659 (hereinafter the "Action"), alleging damages resulting from violations of the Fair Labor Standards Act's wage and hours provisions (29 U.S.C. § 216(b)).  (Docket #1). The COUNTY was named as the Defendant.  May 6, 2013, Defendant filed an Answer, asserting affirmative defenses. (Docket #10).

D.    July 12, 2013, as a part of the Court's Alternative Dispute Resolution program, the Parties were referred to court-ordered mediation with Alan R. Berkowitz.  Mr. Berkowitz conducted two separate mediation sessions at which the Parties were represented by counsel and negotiated at arms-length.  Plaintiffs were represented by Josh Konecky of Schneider Wallace Cottrell Konecky LLP, and Defendant was represented by Janet Holmes, Deputy County Counsel, Office of the Monterey County Counsel.  At the close of the second mediation session on December 3, 2013, Mr. Berkowitz made a mediator's proposal, which the parties accepted on December 4, 2013.  As a result of the mediation, Plaintiffs and Defendant each wish to settle and resolve the pending matter in order to avoid the disruption, inconvenience, burdens, costs, delays and those uncertainties incident to legal proceedings.

**NOW, THEREFORE,** in consideration for the promises and terms set forth below, Plaintiffs and the COUNTY do covenant and mutually agree as follows: .

## COVENANTS

1.    **CONSIDERATION.** The parties stipulate to amend the Complaint in the Action to delete Paragraphs 3 and 15, pertaining to allegations of "off the clock" work as a result of "flex

time" issues. A copy of the Amended Complaint is attached as Exhibit A hereto. Individuals with claims or potential claims based on alleged "off the clock" work arising from the facts alleged in Paragraphs 3 and 15 of the original Complaint may pursue such claims if they wish, but the County does not waive statutes of limitations or any other defenses to those claims, except that this Agreement does not affect whatever tolling of the statute of limitations that may apply as a result of the pendency of the claims. Thus, this Settlement Agreement does not settle or resolve any claims that were raised or could have been raised under numbered Paragraphs 3 and 15 in the original Complaint in this Action. Rather, the only payments made pursuant to this Settlement Agreement and covered by the Amended Complaint are those arising from the dispute regarding the determination of the regular rate of pay in calculating overtime for time already recorded in the County's timekeeping and payroll system, for the Probation Officers and Juvenile Institution Officers described in Paragraph 18 of the Amended Complaint, during the period of time August 2010 to October 2011. This settlement also does not require any Plaintiff or employee to execute a release of these or any other claims, notwithstanding the overtime payments as provided herein.

      2.      Plaintiffs agree to cause a request for dismissal to be filed in United States District Court, Northern District of California, Case No. CV-13-02659 within five (5) days of receipt of the settlement check described below, in exchange for

    A. Payment of overtime wage differentials and penalties due to all current and former employees in the job positions described in Paragraph 18 of the Amended Complaint, who were impacted by the regular rate calculations made by the Advantage HRM system at any time during the period of time on or about August 2010 to on or about October  2011

    B. The amount of overtime owed to each employee covered by Paragraph 18 of the Amended Complaint is set forth on the "Summary Sheet of Probation Employee OT Calculations," attached as Exhibit B to this Settlement Agreement.  In calculating the overtime due during the period specified in the preceding paragraph, hours and the corresponding dollar values of County holidays, vacation, compensatory time, paid time off (subject to the provisions of the S Unit MOU) were counted in calculating the regular rate of pay, in addition to the other requirements of FLSA. The County also ensured that pay for all overtime hours are calculated at time and one half.

    C. The County will verify the accuracy of the calculations by using the "80 Hour Calc" Worksheet to cross-check a sample of the adjustments shown on the Summary Sheet of OT Adjustments. The sample consists of each of the overtime adjustments for the ten employees with the largest total adjustments on the Summary Sheet. The County shall provide the results of the cross check to Plaintiffs' counsel within 14 days of the final execution of this agreement, as set forth below. To the extent the cross check indicates discrepancies in the overtime calculations, the parties will meet and confer to determine whether further adjustments need to be made.

D. On December 20, 2013, the County paid all individuals described in Paragraph 18 of the Amended Complaint, 100% of the amount of back pay calculated under the previous paragraphs (as reflected in the attached Summary Sheet), plus 20% of that amount for penalties. The total amount of these payments was $15,636.12. The payments are subject to W2 withholding.

E. No later than 10 days after approval of the settlement and/or dismissal by the District Court, the County will make payment to the client trust account of Schneider Wallace Cottrell Konecky in the amount of $60,000 in attorneys' fees, costs and expenses, to be designated as follows: Plaintiffs' counsel will designate $10,424.00 (80% of the amount of the overtime back pay) to the affected employees, to be distributed on a pro rata basis in the same proportion as the overtime back pay payments shown on the Summary Sheet attached as Exhibit B, as additional liquidated damages. The County will provide Plaintiffs' counsel with the full names and last known mailing addresses corresponding to each Employee ID on the Summary Sheet or otherwise facilitate the delivery of checks made by Plaintiffs' counsel to such individuals.

F. The County has met, or shall meet, with any employee who disputes the amount calculated for his or her overtime payment to explain and verify the calculation. To the extent there is still a dispute, the parties will meet and confer to resolve it in the most expeditious fashion.

G. The County will restore any Probation Officer's or Juvenile Institution Officer/Supervisor's unused vacation accruals that have been omitted or deleted from such employees' accrual balances in connection with the Advantage HRM transition, or have not fully accrued as a result of the accrual cap reducing from 340 hours to 260 hours during the Advantage HRM transition. To the extent that restoring vacation results in the amount of accrued vacation exceeding the limits (340 hours for supervisors), the normal payout procedures will apply.

H. As all employees affected by the overtime miscalculation will have already been paid for all overtime due and penalties, and there is no release required of any employees receiving the payments, the parties will jointly request that the Court to permit the settlement to proceed without further notice to employees or an opt in procedure. However, should the Court require a form of notice or other procedure, the parties will make their best efforts to effectuate that procedure in the most efficient and cost effective way.

I. The parties hereto (Plaintiffs and Defendant) each agree to bear their own costs and fees.

   2. **NO ADMISSION OF LIABILITY.** This Agreement is made in good faith and the

exchange of the consideration described herein does not constitute an admission of any liability on the part of COUNTY regarding the acts or omissions set forth by Plaintiffs and their legal representatives.

3. **COUNTERPARTS.** This Agreement may be executed as one or more counterparts, and each such counterpart shall be deemed an original for all purposes.

4. **MODIFICAITON OF AGREEMENT.** This Agreement, and any and all parts of it, may be amended, modified, changes or waived only by and express written instrument signed by all Parties (or their successors-in-interest, as appropriate).

5. **APPLICABLE LAW.** All terms and conditions of this Agreement shall be governed by and interpreted according to the laws of the State of California, without giving effect to any conflict of law or choice of law principles.

6. **COOPERATION IN DRAFTING.** The Parties have cooperated in the drafting and preparation of this Agreement. This Agreement will not be construed against any Party on the basis that the Party was the drafter or participated in the drafting.

7. **FAIR SETTLEMENT.** The Parties and their respective counsel believe and warrant that this Agreement reflects a fair, reasonable, and adequate settlement of the Action and have arrived at this Agreement through arms-length negotiations, taking into account all relevant factors, current or potential.

8. **HEADINGS.** The descriptive hearing of any section or paragraph of this Agreement is included for convenience of reference only and does not constitute a part of this Agreement.

9. **NOTICE.** All notices or other communications provided under this Agreement will be in writing and will be deemed to have been duly provided as of the third business day after mailing by United States mail, addressed as follows:

To Plaintiffs:
Joshua Konecky
SCHNEIDER WALLACE COTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

To Defendant:
Charles McKee, County Counsel
Janet Holmes, Deputy County Counsel
Office of the Monterey County Counsel
168 W. Alisal Street, Third Floor
Salinas, CA 93901-2439

**10. AGREEMENT ENTERED VOLUNTARILY.** The Parties have been advised by counsel throughout the proceedings in this Action. Plaintiffs acknowledge that they have carefully read this Agreement, that they have been provided a full and ample opportunity to study it, that they fully understand its final and binding effect, and that they are signing this Agreement voluntarily.

**IN WITNESS WHEREOF,** the undersigned have executed this Agreement on the date(s) hereinafter indicated:

DATED: _3/18_, 2014          _____

DAWN ALLEN, Plaintiff

DATED: _____, 2014          _____

JEFF BOLES, Plaintiff

DATED: _____, 2014          _____

ROGER MCRAE, Plaintiff

DATED: _March 31_, 2014          _____

Steven F. Mauck, Risk Manager
County of Monterey

Approved as to Form by Counsel:

Charles J. McKee, County Counsel

By _____
Janet L. Holmes, Deputy County Counsel
Attorneys for the County

DATED: _March 26_, 2014          _____

SCHNEIDER WALLACE COTRELL KONECKY
Counsel for Plaintiffs

**10. AGREEMENT ENTERED VOLUNTARILY.**    The Parties have been advised by counsel throughout the proceedings in this Action.    Plaintiffs acknowledge that they have carefully read this Agreement, that they have been provided a full and ample opportunity to study it, that they fully understand its final and binding effect, and that they are signing this Agreement voluntarily.

**IN WITNESS WHEREOF,** the undersigned have executed this Agreement on the date(s) hereinafter indicated:

DATED: _____, 2014        _____
                                 DAWN ALLEN, Plaintiff

DATED: _March 18_, 2014          _____
                                 JEFF BOLES, Plaintiff

DATED: _____, 2014         _____
                                 ROGER MCRAE, Plaintiff

DATED: _March 31_, 2014          _____
                                 Steven F. Mauck, Risk Manager
                                 County of Monterey


Approved as to Form by Counsel:

Charles J. McKee, County Counsel

By _____
Janet L. Holmes, Deputy County Counsel
Attorneys for the County


DATED: _____, 2014         _____
                                 SCHNEIDER WALLACE COTRELL KONECKY
                                 Counsel for Plaintiffs

**10. AGREEMENT ENTERED VOLUNTARILY.**   The Parties have been advised by counsel throughout the proceedings in this Action.   Plaintiffs acknowledge that they have carefully read this Agreement, that they have been provided a full and ample opportunity to study it, that they fully understand its final and binding effect, and that they are signing this Agreement voluntarily.

**IN WITNESS WHEREOF,** the undersigned have executed this Agreement on the date(s) hereinafter indicated:

DATED: _____, 2014        _____

                                DAWN ALLEN, Plaintiff

DATED: _____, 2014        _____

                                JEFF BOLES, Plaintiff

DATED: 3/24, 2014               _____

                                ROGER MCRAE, Plaintiff

DATED: _____, 2014        _____

                                Steven F. Mauck, Risk Manager
                                County of Monterey

Approved as to Form by Counsel:

Charles J. McKee, County Counsel

By _____
Janet L. Holmes, Deputy County Counsel
Attorneys for the County

DATED: _____, 2014        _____

                                SCHNEIDER WALLACE COTRELL KONECKY
                                Counsel for Plaintiffs

Page 5

# Exhibit A

Harry S. Stern (State Bar No. 176854)
Peter A. Hoffmann (State Bar No. 254354)
RAINS LUCIA STERN, PC
2300 Contra Costa Blvd., Suite 500
Pleasant Hill, California 94523
Tel: (925) 609-1699
Fax: (925) 609-1690
Email: hstern@rlslawyers.com
Email: phoffmann@rlslawyers.com

Joshua Konecky (State Bar No. 182897)
jkonecky@schneiderwallace.com
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN ALLEN, JEFF BOLES, ROGER MCRAE, on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>COUNTY OF MONTEREY, and DOES 1-50.<br><br>              Defendants. | Case No. CV13-01659<br><br><br>FIRST AMENDED COLLECTIVE CLASS ACTION COMPLAINT FOR VIOLATIONS OF FAIR LABOR STANDARDS ACT<br><br><br>JURY TRIAL DEMANDED |

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

1   Plaintiffs Dawn Allen, Jeff Boles, and Roger McRae, on behalf of themselves and all others

2   similarly situated, allege as follows:

3                                    **NATURE OF THE CASE**

4       1.      Plaintiffs work for the Defendant County of Monterey, in the Monterey County Probation

5   Department.  Plaintiffs are employed as Probation Officers and Juvenile Institution Officers on an

6   hourly, nonexempt basis for Defendants.  They seek to represent other former and current County

7   employees who are similarly situated to them under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §

8   201, et seq.  Plaintiffs seek all wages owed, liquidated damages, penalties, interest, attorneys' fees, and

9   costs.

10      2.      The County of Monterey has relied upon a computerized payroll program that incorrectly

11  calculates the Plaintiffs' overtime wages even when there is no dispute as to the actual wages owed.  As

12  a result, the County has regularly paid Plaintiffs and other similarly situated employees substantially less

13  wages than what is concededly owed.

14      3.      Defendants have known about and openly acknowledged the systemic failure to

15  compensate its employees, including its miscalculations of the Plaintiffs' overtime rate of pay, yet

16  Defendants still have not remedied the problems with the computer program and still have not paid back

17  the employees the wages that are due.

18                                   **JURISDICTION AND VENUE**

19      4.      The FLSA authorizes private rights of action to recover damages for violation of the

20  FLSA's wage and hour provisions.  29 U.S.C. § 216(b).  This Court has original federal question

21  jurisdiction under 28 U.S.C. § 1331.

22      5.      Venue is proper in this District under 28 U.S.C. § 1391 because Defendants conduct

23  substantial business in this District and a substantial part of the acts and/or omissions giving rise to the

24  claims occurred in this District.

25                                          **PARTIES**

26      6.      Plaintiff Roger McRae is a citizen and resident of Monterey County, California.  He

27  currently is employed by Defendants in the Monterey County Probation Department as a Juvenile

28  Institution Supervisor, which is a non-exempt position paid on an hourly basis.

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

7.      Plaintiff Jeff Boles is a citizen and resident of Monterey County, California. He currently is employed by Defendants in the Monterey County Probation Department as a Juvenile Institution Supervisor, which is a non-exempt position paid on an hourly basis.

8.      Plaintiff Dawn Allen is a citizen and resident of Monterey County, California. She currently is employed by Defendants in the Monterey County Probation Department as a Probation Officer, which is a non-exempt position paid on an hourly basis.

9.      Defendant County of Monterey is, and at all times hereby was, a political subdivision of the State of California, organized under the laws of California, and a public agency within the meaning of Section 3(x) of the FLSA. 29 U.S.C. § 203(x).

10.     Defendant County of Monterey is, and at all times hereby was, engaged in related activities performed through unified operation or common control for a common business purpose in conjunction with the activities of a public agency. Defendant County of Monterey is, and at all times material hereto was, an enterprise within the meaning of Section 3(r) of the FLSA. 29 U.S.C. § 203(r).

11.     Defendant County of Monterey has, and at all times material hereto had, engaged in commerce or in the production of goods for commerce, or had employees handling, selling, or otherwise working on goods or materials such as motor vehicles, petroleum products, food, and weapons that have been moved or produced for commerce. Defendant County of Monterey is, and at all times material hereto was, an enterprise engaged in commerce or the production of goods for commerce within the meaning of Section 3(s) of the FLSA. 29 U.S.C. § 203(s).

12.     Plaintiffs are informed and believe and thereon allege that each and every act and omission alleged herein were performed by, and/or attributable to, all Defendants, each acting as agents and/or employees, and/or under the direction and control of each of the other Defendants, and that said acts and failures to act were within the course and scope of said agency, employment and/or direction and control.

13.     Plaintiffs use the terms "Defendant," "Defendants," and "the County" to refer collectively to all Defendants.

**FACTS**

14.     Defendants employ Deputy Probation Officers I/II/III, Juvenile Institution Supervisors,

2

1   Senior Juvenile Institution Officers, and Juvenile Institution Officers I/II; and Juvenile Institution

2   Officers, including Plaintiffs, on a nonexempt, hourly basis.  These employees work in programs and

3   facilities maintained, operated, and controlled by the Monterey County Probation Department.  Plaintiffs

4   work regularly scheduled shifts of upward of 10 and 12 hours per day, and over 40 hours in a week.  In

5   addition, some work additional hours transporting individuals in detention and/or under probation.

6        15.    In or about January 2010, Defendants implemented a new computer system to calculate

7   overtime wages owed to the County employees, including Plaintiffs and other similarly situated

8   employees of the Monterey County Probation Department.  Unfortunately, the computer system was not

9   programmed correctly and therefore does not calculate the overtime to be paid consistently with the

10   overtime wages that are actually due.

11        16.    Defendants have been aware of these systemic calculation errors for approximately two

12   years. The County has acknowledged that the overtime has been calculated incorrectly and underpaid as

13   a result of the deficient computer program.  Nonetheless, the County still has not rectified the problem

14   or paid the employees back the wages they are owed.

15        17.    Defendants' failure to compensate employees for all the wages earned is unlawful.

16   Plaintiffs and the proposed collective and class members are entitled to recover wages, liquidated

17   damages, interests, attorneys' fees and costs, for these violations of law.

18   **COLLECTIVE ACTION ALLEGATIONS**

19        18.    Plaintiffs bring this case as an "opt-in" collective action pursuant to the Fair Labor

20   Standards Act, 29 U.S.C. § 216(b), on behalf of themselves and a proposed collective of similarly

21   situated employees defined as:

22           All individuals who are currently employed, or formerly have been

23           employed, by Defendants in the Monterey County Probation Department
        as non-exempt employees in the job classifications of Deputy Probation

24           Officer I/II/III; Juvenile Institution Supervisor; Senior Juvenile Institution
        Officer; Juvenile Institution Officer I/II, or equivalent positions, within the

25           last three years (the "FLSA Collective").

26        19.    Plaintiffs, individually, and on behalf of other similarly situated employees defined

27   above, seek relief on a collective basis challenging Defendants' policy and practice of failing to

28   accurately compute or compensate for all hours worked, including overtime compensation. The number

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

1    and identity of other similarly situated persons yet to opt-in and consent to be party-plaintiffs may be

2    determined from the records of Defendants, and potential opt-ins may be easily and quickly notified of

3    the pendency of this action.

### FIRST CAUSE OF ACTION
**Violations of the Fair Labor Standards Act**
**(By the FLSA Collective and Against All Defendants)**

6        20.     Plaintiffs, on behalf of themselves and all others similarly situated, reallege as if fully

7    set forth, each and every allegation set forth herein.  Plaintiffs' consents to join this action seeking

8    unpaid wages are attached herewith as Exhibit A.

9        21.     At all times material herein, Plaintiffs have been entitled to the rights, protections, and

10   benefits provided under the FLSA, 29 U.S.C. §§ 201, *et seq.*

11       22.     The FLSA requires, among other things, that employers whose employees are engaged in

12   interstate commerce, engaged in the production of goods for commerce, or employed in an enterprise

13   engaged in commerce or in the production of goods for commerce pay employees the minimum wage

14   for all time worked and overtime pay at their regular rate of pay.   29 U.S.C. §§ 206(a)(1) and 207(a)(1).

15   Defendants are subject to the requirements of the FLSA.

16       23.     Defendants have violated the FLSA by failing to accurately compute the wages due to

17   their nonexempt employees and to pay them all amounts owing, including overtime pay.

18       24.     Plaintiffs and all similarly situated employees are victims of a uniform compensation

19   policy.  This uniform policy, in violation of the FLSA, has been applied to all members of the FLSA

20   collective.

21       25.     Plaintiffs and all similarly situated employees are entitled to damages equal to the

22   mandated pay and overtime premium pay within the three years preceding the filing of this Complaint,

23   plus periods of equitable tolling, because Defendants have acted willfully and knew or showed reckless

24   disregard of whether their conduct was prohibited by the FLSA.

25       26.     Defendants have acted neither in good faith nor with reasonable grounds to believe that

26   their actions and omissions were not a violation of the FLSA, and as a result thereof, Plaintiffs and other

27   similarly situated employees are entitled to recover an award of liquidated damages in an amount equal

28   to the amount of unpaid overtime pay, and/or prejudgment interest at the applicable rate.  29 U.S.C.

4

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

216(b).

27.     The foregoing conduct, as alleged, constitutes a willful violation of the FLSA within the meaning of 29 U.S.C. § 255(a).

28.     As a result of the aforesaid violations of the FLSA's overtime pay provisions, Defendants' have unlawfully withheld overtime compensation to Plaintiffs and all similarly situated employees.   Accordingly, Defendants are liable for unpaid wages, together with an amount equal as liquidated damages, interest, attorneys' fees and costs of this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs prays for relief as follows:

1.     For an order certifying that the First Count of this Complaint may be maintained as a collective action pursuant to 29 U.S.C. § 216(b) and that prompt notice of this action be issued to potential members of the opt-in FLSA Collective, apprising them of the pendency of this action, and permitting them to assert timely FLSA claims;

2.     For an order awarding Plaintiffs and the FLSA Collective compensatory damages plus liquidated damages, including lost wages, earnings, and other employee benefits and all other sums of money owed to Plaintiffs and members of the FLSA Collective, together with interest on these amounts;

3.     For an order directing Defendants to identify, locate and restore to all current and former employees the restitution they are due for lost wages, earnings, and other employee benefits and all other sums of money, together with interest on these amounts;

4.     For preliminary, permanent and mandatory injunctive relief prohibiting Defendants, their officers, agents and all those acting in concert with them, from committing the violations of law herein alleged in the future;

5.     For a declaratory judgment that Defendants have violated the FLSA and public policy as alleged herein;

6.     For pre- and post-judgment interest;

7.     For an award of reasonable attorneys' fees as provided by the FLSA and/or other applicable law;

8.     For all costs of suit; and

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

9.      For such other and further relief as this Court deems just and proper.

DATED: March 26, 2014          By: _____
                                    Joshua Konecky

                                    SCHNEIDER WALLACE
                                    COTTRELL KONECKY LLP
                                    180 Montgomery Street, Suite 2000
                                    San Francisco, CA 94104
                                    Tel: (415) 421-7100
                                    Email: Jkonecky@schneiderwallace.com

                                    Harry S. Stern
                                    Peter A. Hoffmann
                                    RAINS LUCIA STERN, PC
                                    2300 Contra Costa Blvd., Suite 500
                                    Pleasant Hill, California 94523
                                    Tel: (925) 609-1699
                                    Fax: (925) 609-1690
                                    Email: hstern@rlslawyers.com
                                    Email: phoffmann@rlslawyers.com

                                    Attorneys for Plaintiffs

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b) and Civil Local Rule 3-6(a), Plaintiffs demand a jury trial for all issues so triable.

DATED: Mrch. 27, 2014                              By: _____
                                                              Joshua Konecky

                                                   Joshua G. Konecky
                                                   SCHNEIDER WALLACE
                                                   COTTRELL KONECKY LLP
                                                   180 Montgomery Street, Suite 2000
                                                   San Francisco, CA 94104
                                                   Telephone: (415) 421-7100
                                                   Facsimile: (415) 421-7105
                                                   TTY: (415) 421-1655

                                                   Harry S. Stern
                                                   Peter A. Hoffmann
                                                   RAINS LUCIA STERN, PC
                                                   2300 Contra Costa Blvd., Suite 500
                                                   Pleasant Hill, California 94523
                                                   Tel: (925) 609-1699
                                                   Fax: (925) 609-1690
                                                   Email: hstern@rlslawyers.com
                                                   Email: phoffmann@rlslawyers.com

                                                   Attorneys for Plaintiffs

FIRST AMENDED COLLECTIVE ACTION COMPLAINT

# Exhibit B

| Employee ID | Department | Bargaining Unit | OT Date | Calculated OT | Original OT | Adjustment |
|---|---|---|---|---|---|---|
| 10171 | 2550 | M | 9/10/2010 | 211.69 | 86.06 | 125.63 |
| 10171 | 2550 | M | 10/22/2010 | 171.97 | 165.56 | 6.41 |
| 10171 | 2550 | M | 12/17/2010 | 528.06 | 473.82 | 54.24 |
| 10171 | 2550 | M | 3/11/2011 | 68.81 | 12.33 | 56.48 |
| 10171 | 2550 | M | 7/15/2011 | 220.61 | 215.04 | 5.57 |
| 10171 | 2550 | M | 10/21/2011 | 167.41 | 167.40 | 0.01 |
| 10171 Total | | | | | | 248.34 |
| 10681 | 2550 | M | 11/19/2010 | 517.83 | 481.45 | 36.38 |
| 10681 | 2550 | M | 12/3/2010 | 203.13 | 197.39 | 5.74 |
| 10681 | 2550 | M | 4/22/2011 | 203.92 | 186.72 | 17.20 |
| 10681 | 2550 | M | 5/6/2011 | 33.68 | 28.85 | 4.83 |
| 10681 | 2550 | M | 6/3/2011 | 202.61 | 176.83 | 25.78 |
| 10681 | 2550 | M | 8/26/2011 | 272.54 | 256.06 | 16.48 |
| 10681 Total | | | | | | 106.41 |
| 11181 | 2550 | M | 9/9/2011 | 151.58 | 124.02 | 27.56 |
| 11181 Total | | | | | | 27.56 |
| 11317 | 2550 | M | 9/10/2010 | 104.78 | 76.10 | 28.68 |
| 11317 | 2550 | M | 9/9/2011 | 220.76 | 197.66 | 23.10 |
| 11317 Total | | | | | | 51.78 |
| 11326 | 2550 | M | 1/14/2011 | 45.35 | 38.83 | 6.52 |
| 11326 | 2550 | M | 4/22/2011 | 36.57 | 27.83 | 8.74 |
| 11326 | 2550 | M | 6/3/2011 | 73.39 | 73.17 | 0.22 |
| 11326 Total | | | | | | 15.48 |
| 11339 | 2550 | M | 9/24/2010 | 273.32 | 273.23 | 0.09 |
| 11339 Total | | | | | | 0.09 |
| 11423 | 2550 | M | 12/3/2010 | 84.83 | 82.35 | 2.48 |
| 11423 | 2550 | M | 3/25/2011 | 67.22 | 48.39 | 18.83 |
| 11423 | 2550 | M | 12/16/2011 | 4.35 | 3.93 | 0.42 |
| 11423 Total | | | | | | 21.73 |
| 11500 | 2550 | M | 9/10/2010 | 388.66 | 186.55 | 202.11 |
| 11500 | 2550 | M | 9/24/2010 | 780.65 | 765.12 | 15.53 |
| 11500 | 2550 | M | 11/19/2010 | 326.27 | 299.85 | 26.42 |
| 11500 | 2550 | M | 12/3/2010 | 237.25 | 165.48 | 71.77 |
| 11500 | 2550 | M | 12/31/2010 | 565.70 | 483.64 | 82.06 |
| 11500 | 2550 | M | 1/28/2011 | 260.04 | 212.24 | 47.80 |
| 11500 | 2550 | M | 7/15/2011 | 392.89 | 362.16 | 30.73 |
| 11500 | 2550 | M | 9/9/2011 | 167.27 | 152.06 | 15.21 |
| 11500 | 2550 | M | 10/21/2011 | 263.05 | 263.04 | 0.01 |
| 11500 Total | | | | | | 491.64 |
| 11502 | 2550 | M | 9/10/2010 | 112.89 | - | 112.89 |
| 11502 | 2550 | M | 9/24/2010 | 224.55 | 199.98 | 24.57 |
| 11502 | 2550 | M | 11/19/2010 | 168.96 | 154.46 | 14.50 |
| 11502 | 2550 | M | 12/3/2010 | 18.49 | 10.84 | 7.65 |
| 11502 | 2550 | M | 12/17/2010 | 112.54 | 97.53 | 15.01 |
| 11502 | 2550 | M | 12/31/2010 | 266.87 | 245.19 | 21.68 |
| 11502 | 2550 | M | 4/22/2011 | 302.61 | 301.12 | 1.49 |
| 11502 | 2550 | M | 9/23/2011 | 297.03 | 195.49 | 101.54 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11502 | 2550 | M | 12/30/2011 | 149.53 | 136.50 | 13.03 |
| **11502 Total** | | | | | | 312.36 |
| 11552 | 2550 | M | 9/10/2010 | 113.91 | - | 113.91 |
| 11552 | 2550 | M | 9/24/2010 | 193.12 | 174.54 | 18.58 |
| 11552 | 2550 | M | 11/19/2010 | 124.68 | 113.12 | 11.56 |
| 11552 | 2550 | M | 12/3/2010 | 107.56 | 58.48 | 49.08 |
| 11552 | 2550 | M | 9/9/2011 | 114.26 | 103.60 | 10.66 |
| **11552 Total** | | | | | | 203.79 |
| 11675 | 2550 | M | 9/10/2010 | 82.76 | - | 82.76 |
| **11675 Total** | | | | | | 82.76 |
| 11931 | 2550 | M | 9/24/2010 | 22.86 | 20.28 | 2.58 |
| 11931 | 2550 | M | 12/3/2010 | 73.11 | 51.20 | 21.91 |
| 11931 | 2550 | M | 12/17/2010 | 4.58 | 3.46 | 1.12 |
| 11931 | 2550 | M | 12/31/2010 | 36.57 | 26.08 | 10.49 |
| **11931 Total** | | | | | | 36.10 |
| 11935 | 2550 | M | 11/5/2010 | 140.00 | 121.54 | 18.46 |
| 11935 | 2550 | M | 11/19/2010 | 139.26 | 135.02 | 4.24 |
| 11935 | 2550 | M | 12/3/2010 | 106.21 | 66.63 | 39.58 |
| 11935 | 2550 | M | 1/14/2011 | 248.56 | 187.01 | 61.55 |
| 11935 | 2550 | M | 9/23/2011 | 305.06 | 234.68 | 70.38 |
| 11935 | 2550 | M | 1/13/2012 | 122.41 | 111.46 | 10.95 |
| **11935 Total** | | | | | | 205.16 |
| 12273 | 2550 | M | 9/10/2010 | 69.95 | - | 69.95 |
| 12273 | 2550 | M | 5/20/2011 | 4.36 | 3.13 | 1.23 |
| **12273 Total** | | | | | | 71.18 |
| 12897 | 2550 | M | 9/24/2010 | 27.86 | 20.73 | 7.13 |
| 12897 | 2550 | M | 10/21/2011 | 28.32 | 28.31 | 0.01 |
| **12897 Total** | | | | | | 7.14 |
| 13198 | 2550 | M | 10/22/2010 | 47.72 | 38.19 | 9.53 |
| 13198 | 2550 | M | 12/3/2010 | 5.29 | 3.41 | 1.88 |
| 13198 | 2550 | M | 12/31/2010 | 206.98 | 205.86 | 1.12 |
| 13198 | 2550 | M | 6/3/2011 | 66.18 | 64.60 | 1.58 |
| 13198 | 2550 | M | 7/15/2011 | 136.64 | 133.56 | 3.08 |
| **13198 Total** | | | | | | 17.19 |
| 13308 | 2550 | M | 1/28/2011 | 481.16 | 451.26 | 29.90 |
| 13308 | 2550 | M | 4/22/2011 | 69.36 | 63.87 | 5.49 |
| 13308 | 2550 | M | 5/6/2011 | 69.72 | 66.97 | 2.75 |
| 13308 | 2550 | M | 5/20/2011 | 217.85 | 208.94 | 8.91 |
| 13308 | 2550 | M | 6/3/2011 | 136.86 | 96.43 | 40.43 |
| 13308 | 2550 | M | 6/17/2011 | 69.70 | 66.56 | 3.14 |
| 13308 | 2550 | M | 7/29/2011 | 103.99 | 94.80 | 9.19 |
| **13308 Total** | | | | | | 99.81 |
| 13467 | 2550 | M | 9/23/2011 | 270.87 | 194.00 | 76.87 |
| 13467 | 2550 | M | 12/30/2011 | 139.04 | 127.06 | 11.98 |
| **13467 Total** | | | | | | 88.85 |
| 13601 | 2550 | M | 10/22/2010 | 99.11 | 62.33 | 36.78 |
| 13601 | 2550 | M | 11/5/2010 | 32.95 | 23.30 | 9.65 |

00002

| | | | | | | |
|---|---|---|---|---|---|---|
| 13601 | 2550 | M | 1/14/2011 | 107.07 | 97.16 | 9.91 |
| 13601 | 2550 | M | 2/25/2011 | 86.48 | 70.24 | 16.24 |
| 13601 | 2550 | M | 3/11/2011 | 49.42 | 49.26 | 0.16 |
| 13601 | 2550 | M | 3/25/2011 | 8.24 | 7.42 | 0.82 |
| 13601 | 2550 | M | 7/1/2011 | 186.29 | 170.04 | 16.25 |
| 13601 | 2550 | M | 7/15/2011 | 65.89 | 34.51 | 31.38 |
| 13601 | 2550 | M | 9/23/2011 | 49.42 | 35.13 | 14.29 |
| **13601 Total** | | | | | | 135.48 |
| 13914 | 2550 | M | 3/25/2011 | 66.37 | 60.39 | 5.98 |
| **13914 Total** | | | | | | 5.98 |
| 14274 | 2550 | M | 12/3/2010 | 68.36 | 65.60 | 2.76 |
| 14274 | 2550 | M | 12/31/2010 | 33.53 | 19.06 | 14.47 |
| 14274 | 2550 | M | 1/28/2011 | 33.73 | 28.90 | 4.83 |
| **14274 Total** | | | | | | 22.06 |
| 14603 | 2550 | M | 10/21/2011 | 127.01 | 127.00 | 0.01 |
| **14603 Total** | | | | | | 0.01 |
| 15643 | 2550 | M | 9/10/2010 | 239.79 | 174.57 | 65.22 |
| 15643 | 2550 | M | 9/24/2010 | 140.09 | 127.61 | 12.48 |
| 15643 | 2550 | M | 12/31/2010 | 70.42 | 57.24 | 13.18 |
| 15643 | 2550 | M | 1/14/2011 | 34.59 | 34.49 | 0.10 |
| 15643 | 2550 | M | 4/8/2011 | 57.38 | 49.66 | 7.72 |
| 15643 | 2550 | M | 6/3/2011 | 8.84 | 8.42 | 0.42 |
| **15643 Total** | | | | | | 99.12 |
| 16223 | 2550 | M | 10/22/2010 | 18.07 | 14.48 | 3.59 |
| 16223 | 2550 | M | 11/5/2010 | 73.11 | 56.23 | 16.88 |
| 16223 | 2550 | M | 12/3/2010 | 91.01 | 55.86 | 35.15 |
| 16223 | 2550 | M | 4/8/2011 | 56.40 | 51.21 | 5.19 |
| 16223 | 2550 | M | 4/22/2011 | 32.77 | 26.63 | 6.14 |
| 16223 | 2550 | M | 7/1/2011 | 4.66 | 3.32 | 1.34 |
| **16223 Total** | | | | | | 68.29 |
| 16367 | 2550 | M | 9/10/2010 | 401.99 | 292.48 | 109.51 |
| 16367 | 2550 | M | 3/11/2011 | 131.77 | 118.29 | 13.48 |
| 16367 | 2550 | M | 3/25/2011 | 8.24 | 8.13 | 0.11 |
| 16367 | 2550 | M | 4/22/2011 | 135.89 | - | 135.89 |
| **16367 Total** | | | | | | 258.99 |
| 16557 | 2550 | M | 9/10/2010 | 224.55 | 77.36 | 147.19 |
| 16557 | 2550 | M | 12/3/2010 | 181.08 | 65.89 | 115.19 |
| 16557 | 2550 | M | 3/11/2011 | 225.46 | 197.41 | 28.05 |
| 16557 | 2550 | M | 5/20/2011 | 225.46 | 197.41 | 28.05 |
| **16557 Total** | | | | | | 318.48 |
| 16667 | 2550 | M | 9/24/2010 | 165.29 | 159.60 | 5.69 |
| 16667 | 2550 | M | 12/3/2010 | 210.44 | 198.69 | 11.75 |
| 16667 | 2550 | M | 12/31/2010 | 299.74 | 288.04 | 11.70 |
| 16667 | 2550 | M | 1/28/2011 | 352.02 | 336.21 | 15.81 |
| 16667 | 2550 | M | 6/3/2011 | 120.51 | 109.57 | 10.94 |
| 16667 | 2550 | M | 6/17/2011 | 68.89 | 61.82 | 7.07 |
| 16667 | 2550 | M | 9/23/2011 | 343.82 | 330.64 | 13.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 16667 | 2550 | M | 12/30/2011 | 207.83 | 190.64 | 17.19 |
| **16667 Total** | | | | | | 93.33 |
| 16937 | 2550 | M | 2/25/2011 | 9.93 | 8.67 | 1.26 |
| **16937 Total** | | | | | | 1.26 |
| 17588 | 2550 | M | 9/10/2010 | 99.57 | - | 99.57 |
| 17588 | 2550 | M | 11/19/2010 | 119.90 | 108.78 | 11.12 |
| 17588 | 2550 | M | 12/3/2010 | 98.78 | 58.16 | 40.62 |
| 17588 | 2550 | M | 9/9/2011 | 99.57 | 90.19 | 9.38 |
| **17588 Total** | | | | | | 160.69 |
| 18477 | 2550 | M | 12/3/2010 | 102.11 | 80.18 | 21.93 |
| 18477 | 2550 | M | 4/22/2011 | 156.52 | 136.44 | 20.08 |
| **18477 Total** | | | | | | 42.01 |
| 18911 | 2550 | M | 11/19/2010 | 19.05 | 17.18 | 1.87 |
| **18911 Total** | | | | | | 1.87 |
| 19155 | 2550 | M | 11/19/2010 | 141.04 | 75.16 | 65.88 |
| 19155 | 2550 | M | 1/14/2011 | 141.41 | 81.51 | 59.90 |
| 19155 | 2550 | M | 1/28/2011 | 35.92 | 31.1 | 4.82 |
| **19155 Total** | | | | | | 130.60 |
| 19270 | 2550 | M | 9/10/2010 | 79.58 | - | 79.58 |
| 19270 | 2550 | M | 9/9/2011 | 149.86 | 136.21 | 13.65 |
| **19270 Total** | | | | | | 93.23 |
| 19521 | 2550 | M | 5/6/2011 | 112.32 | 102.31 | 10.01 |
| 19521 | 2550 | M | 9/9/2011 | 223.24 | 192.85 | 30.39 |
| 19521 | 2550 | M | 9/23/2011 | 224.02 | 195.97 | 28.05 |
| 19521 | 2550 | M | 10/21/2011 | 37.44 | 37.43 | 0.01 |
| **19521 Total** | | | | | | 68.46 |
| 19827 | 2550 | M | 9/10/2010 | 454.26 | 268.85 | 185.41 |
| 19827 | 2550 | M | 9/24/2010 | 649.90 | 637.76 | 12.14 |
| 19827 | 2550 | M | 11/19/2010 | 283.00 | 259.61 | 23.39 |
| 19827 | 2550 | M | 12/3/2010 | 445.78 | 305.32 | 140.46 |
| 19827 | 2550 | M | 12/31/2010 | 909.15 | 793.97 | 115.18 |
| 19827 | 2550 | M | 1/28/2011 | 498.77 | 461.41 | 37.36 |
| 19827 | 2550 | M | 2/11/2011 | 281.60 | 253.76 | 27.84 |
| 19827 | 2550 | M | 6/3/2011 | 260.04 | 212.24 | 47.80 |
| 19827 | 2550 | M | 6/17/2011 | 249.25 | 224.22 | 25.03 |
| 19827 | 2550 | M | 7/15/2011 | 391.05 | 360.32 | 30.73 |
| **19827 Total** | | | | | | 645.34 |
| 19849 | 2550 | M | 9/10/2010 | 83.83 | - | 83.83 |
| 19849 | 2550 | M | 5/20/2011 | 146.93 | 146.36 | 0.57 |
| 19849 | 2550 | M | 9/9/2011 | 83.83 | 50.26 | 33.57 |
| **19849 Total** | | | | | | 117.97 |
| 19881 | 2550 | M | 11/5/2010 | 24.71 | 23.12 | 1.59 |
| 19881 | 2550 | M | 12/3/2010 | 140.78 | 139.02 | 1.76 |
| 19881 | 2550 | M | 12/31/2010 | 161.97 | 158.36 | 3.61 |
| 19881 | 2550 | M | 5/6/2011 | 20.59 | 18.56 | 2.03 |
| 19881 | 2550 | M | 5/20/2011 | 24.71 | 20.16 | 4.55 |
| 19881 | 2550 | M | 8/26/2011 | 16.62 | 16.21 | 0.41 |

00004

| | | | | | | |
|---|---|---|---|---|---|---|
| **19881 Total** | | | | | | 13.95 |
| 19925 | 2550 | M | 11/19/2010 | 82.81 | 74.93 | 7.88 |
| 19925 | 2550 | M | 9/9/2011 | 82.81 | 74.93 | 7.88 |
| 19925 | 2550 | M | 9/23/2011 | 197.22 | 181.12 | 16.10 |
| 19925 | 2550 | M | 10/21/2011 | 238.96 | 238.95 | 0.01 |
| **19925 Total** | | | | | | 31.87 |
| 19967 | 2550 | M | 12/17/2010 | 241.07 | 211.18 | 29.89 |
| 19967 | 2550 | M | 1/14/2011 | 820.57 | 714.55 | 106.02 |
| 19967 | 2550 | M | 3/11/2011 | 67.60 | 58.19 | 9.41 |
| 19967 | 2550 | M | 4/8/2011 | 67.60 | 58.19 | 9.41 |
| 19967 | 2550 | M | 5/20/2011 | 71.82 | 70.16 | 1.66 |
| 19967 | 2550 | M | 6/3/2011 | 407.80 | 354.15 | 53.65 |
| 19967 | 2550 | M | 7/1/2011 | 177.59 | 173.76 | 3.83 |
| 19967 | 2550 | M | 10/21/2011 | 236.85 | 217.22 | 19.63 |
| **19967 Total** | | | | | | 233.50 |
| 20010 | 2550 | M | 11/5/2010 | 319.10 | 317.51 | 1.59 |
| 20010 | 2550 | M | 12/3/2010 | 235.74 | 197.65 | 38.09 |
| 20010 | 2550 | M | 2/25/2011 | 134.50 | 133.75 | 0.75 |
| 20010 | 2550 | M | 3/11/2011 | 134.50 | 134.12 | 0.38 |
| 20010 | 2550 | M | 4/8/2011 | 167.38 | 144.04 | 23.34 |
| 20010 | 2550 | M | 6/3/2011 | 270.87 | 248.91 | 21.96 |
| 20010 | 2550 | M | 8/26/2011 | 133.41 | 79.50 | 53.91 |
| 20010 | 2550 | M | 9/23/2011 | 455.57 | 405.69 | 49.88 |
| **20010 Total** | | | | | | 189.90 |
| 20040 | 2550 | M | 7/1/2011 | 29.64 | 25.7 | 3.94 |
| 20040 | 2550 | M | 1/27/2012 | 60.82 | 55.42 | 5.4 |
| **20040 Total** | | | | | | 9.34 |
| 20088 | 2550 | M | 10/21/2011 | 26.61 | 26.60 | 0.01 |
| 20088 | 2550 | M | 1/27/2012 | 106.28 | 97.09 | 9.19 |
| **20088 Total** | | | | | | 9.2 |
| 20478 | 2550 | M | 9/10/2010 | 404.93 | 283.66 | 121.27 |
| 20478 | 2550 | M | 9/24/2010 | 416.76 | 406.31 | 10.45 |
| 20478 | 2550 | M | 11/19/2010 | 132.79 | 121.05 | 11.74 |
| 20478 | 2550 | M | 12/3/2010 | 301.68 | 290.13 | 11.55 |
| 20478 | 2550 | M | 12/17/2010 | 354.62 | 341.08 | 13.54 |
| 20478 | 2550 | M | 7/1/2011 | 67.6 | 58.19 | 9.41 |
| 20478 | 2550 | M | 9/9/2011 | 75.72 | 64.09 | 11.63 |
| 20478 | 2550 | M | 10/21/2011 | 227.56 | 227.55 | 0.01 |
| **20478 Total** | | | | | | 189.60 |
| 20556 | 2550 | M | 9/10/2010 | 105.75 | 38.17 | 67.58 |
| 20556 | 2550 | M | 9/24/2010 | 80.51 | 77.01 | 3.50 |
| 20556 | 2550 | M | 11/19/2010 | 151.25 | 150.28 | 0.97 |
| 20556 | 2550 | M | 12/3/2010 | 162.11 | 151.15 | 10.96 |
| 20556 | 2550 | M | 5/20/2011 | 79.88 | 71.46 | 8.42 |
| 20556 | 2550 | M | 6/3/2011 | 3.35 | 2.96 | 0.39 |
| **20556 Total** | | | | | | 91.82 |
| 20745 | 2550 | M | 9/10/2010 | 22.97 | - | 22.97 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20745 | 2550 | M | 11/5/2010 | 290.02 | 255.60 | 34.42 |
| 20745 | 2550 | M | 11/19/2010 | 199.61 | 174.55 | 25.06 |
| 20745 | 2550 | M | 12/3/2010 | 217.05 | 179.02 | 38.03 |
| 20745 | 2550 | M | 1/14/2011 | 245.72 | 195.91 | 49.81 |
| 20745 | 2550 | M | 6/17/2011 | 192.95 | 168.39 | 24.56 |
| 20745 | 2550 | M | 7/1/2011 | 128.78 | 117.36 | 11.42 |
| **20745 Total** | | | | | | 206.27 |
| 20867 | 2550 | M | 9/10/2010 | 34.73 | - | 34.73 |
| 20867 | 2550 | M | 9/24/2010 | 25.91 | 24.01 | 1.90 |
| 20867 | 2550 | M | 12/17/2010 | 270.54 | 188.18 | 82.36 |
| 20867 | 2550 | M | 3/11/2011 | 34.61 | 29.78 | 4.83 |
| 20867 | 2550 | M | 5/6/2011 | 34.51 | 28.08 | 6.43 |
| 20867 | 2550 | M | 7/15/2011 | 34.61 | 29.78 | 4.83 |
| 20867 | 2550 | M | 8/12/2011 | 34.79 | 33.08 | 1.71 |
| 20867 | 2550 | M | 9/9/2011 | 34.70 | 31.48 | 3.22 |
| **20867 Total** | | | | | | 140.01 |
| 20899 | 2550 | M | 7/15/2011 | 13.31 | 13.00 | 0.31 |
| **20899 Total** | | | | | | 0.31 |
| 20910 | 2550 | M | 9/10/2010 | 107.52 | 89.65 | 17.87 |
| 20910 | 2550 | M | 11/5/2010 | 216.85 | 207.50 | 9.35 |
| 20910 | 2550 | M | 12/3/2010 | 352.54 | 273.67 | 78.87 |
| 20910 | 2550 | M | 1/28/2011 | 9.00 | 8.11 | 0.89 |
| 20910 | 2550 | M | 2/11/2011 | 305.67 | 280.55 | 25.12 |
| 20910 | 2550 | M | 2/25/2011 | 312.16 | 235.88 | 76.28 |
| 20910 | 2550 | M | 3/11/2011 | 125.44 | 102.36 | 23.08 |
| 20910 | 2550 | M | 7/15/2011 | 53.76 | 52.14 | 1.62 |
| 20910 | 2550 | M | 7/29/2011 | 71.68 | 69.97 | 1.71 |
| 20910 | 2550 | M | 1/13/2012 | 62.72 | 56.71 | 6.01 |
| **20910 Total** | | | | | | 240.8 |
| 21107 | 2550 | M | 11/5/2010 | 132.60 | 126.61 | 5.99 |
| 21107 | 2550 | M | 11/19/2010 | 167.55 | 159.18 | 8.37 |
| 21107 | 2550 | M | 12/3/2010 | 75.10 | 67.23 | 7.87 |
| 21107 | 2550 | M | 12/17/2010 | 366.70 | 350.26 | 16.44 |
| 21107 | 2550 | M | 12/31/2010 | 265.84 | 244.42 | 21.42 |
| 21107 | 2550 | M | 5/6/2011 | 65.04 | 41.13 | 23.91 |
| 21107 | 2550 | M | 5/20/2011 | 132.32 | 113.78 | 18.54 |
| 21107 | 2550 | M | 7/1/2011 | 133.14 | 127.43 | 5.71 |
| 21107 | 2550 | M | 9/23/2011 | 66.33 | 59.60 | 6.73 |
| 21107 | 2550 | M | 10/21/2011 | 343.79 | 343.78 | 0.01 |
| **21107 Total** | | | | | | 114.99 |
| 21353 | 2550 | M | 11/5/2010 | 271.70 | 266.28 | 5.42 |
| 21353 | 2550 | M | 12/3/2010 | 120.53 | 113.76 | 6.77 |
| 21353 | 2550 | M | 12/31/2010 | 339.05 | 287.03 | 52.02 |
| 21353 | 2550 | M | 1/28/2011 | 33.29 | 32.10 | 1.19 |
| 21353 | 2550 | M | 3/25/2011 | 4.18 | 3.72 | 0.46 |
| 21353 | 2550 | M | 4/8/2011 | 33.39 | 32.59 | 0.80 |
| 21353 | 2550 | M | 6/3/2011 | 4.18 | 3.77 | 0.41 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21353 | 2550 | M | 7/1/2011 | 66.44 | 47.86 | 18.58 |
| 21353 | 2550 | M | 7/15/2011 | 69.70 | 50.19 | 19.51 |
| **21353 Total** | | | | | | 105.16 |
| 21365 | 2550 | M | 11/19/2010 | 40.31 | 29.27 | 11.04 |
| 21365 | 2550 | M | 12/17/2010 | 53.76 | 39.21 | 14.55 |
| 21365 | 2550 | M | 2/11/2011 | 242.27 | 213.85 | 28.42 |
| 21365 | 2550 | M | 9/23/2011 | 143.58 | 142.46 | 1.12 |
| 21365 | 2550 | M | 10/21/2011 | 28.37 | 28.36 | 0.01 |
| **21365 Total** | | | | | | 55.14 |
| 21367 | 2550 | M | 12/31/2010 | 33.62 | 29.94 | 3.68 |
| 21367 | 2550 | M | 2/25/2011 | 30.67 | 26.29 | 4.38 |
| 21367 | 2550 | M | 3/25/2011 | 76.82 | 70.67 | 6.15 |
| 21367 | 2550 | M | 5/6/2011 | 189.04 | 185.96 | 3.08 |
| 21367 | 2550 | M | 6/3/2011 | 78.91 | 71.53 | 7.38 |
| 21367 | 2550 | M | 10/21/2011 | 7.85 | 7.84 | 0.01 |
| 21367 | 2550 | M | 12/30/2011 | 125.51 | 114.09 | 11.42 |
| **21367 Total** | | | | | | 36.1 |
| 21368 | 2550 | M | 9/10/2010 | 457.49 | 344.97 | 112.52 |
| 21368 | 2550 | M | 9/24/2010 | 189.07 | 183.13 | 5.94 |
| 21368 | 2550 | M | 10/22/2010 | 595.12 | 506.35 | 88.77 |
| 21368 | 2550 | M | 11/19/2010 | 485.27 | 482.08 | 3.19 |
| 21368 | 2550 | M | 12/3/2010 | 403.27 | 376.50 | 26.77 |
| 21368 | 2550 | M | 12/17/2010 | 627.05 | 526.00 | 101.05 |
| 21368 | 2550 | M | 6/3/2011 | 32.89 | 25.23 | 7.66 |
| 21368 | 2550 | M | 8/26/2011 | 462.59 | 413.78 | 48.81 |
| 21368 | 2550 | M | 9/23/2011 | 459.48 | 361.86 | 97.62 |
| 21368 | 2550 | M | 12/16/2011 | 411.92 | 381.51 | 30.41 |
| **21368 Total** | | | | | | 522.74 |
| 21375 | 2550 | M | 9/10/2010 | 121.16 | 21.28 | 99.88 |
| 21375 | 2550 | M | 9/24/2010 | 167.98 | 165.07 | 2.91 |
| 21375 | 2550 | M | 11/19/2010 | 196.75 | 121.56 | 75.19 |
| 21375 | 2550 | M | 12/3/2010 | 244.05 | 207.17 | 36.88 |
| 21375 | 2550 | M | 12/17/2010 | 507.06 | 454.70 | 52.36 |
| 21375 | 2550 | M | 12/31/2010 | 122.98 | 106.68 | 16.30 |
| 21375 | 2550 | M | 1/14/2011 | 121.16 | 72.26 | 48.90 |
| 21375 | 2550 | M | 2/11/2011 | 122.26 | 105.95 | 16.31 |
| 21375 | 2550 | M | 2/25/2011 | 121.71 | 99.97 | 21.74 |
| 21375 | 2550 | M | 3/25/2011 | 246.05 | 216.17 | 29.88 |
| 21375 | 2550 | M | 4/22/2011 | 182.42 | 127.85 | 54.57 |
| 21375 | 2550 | M | 5/20/2011 | 121.71 | 78.24 | 43.47 |
| 21375 | 2550 | M | 6/17/2011 | 122.80 | 115.33 | 7.47 |
| 21375 | 2550 | M | 8/12/2011 | 131.14 | 108.32 | 22.82 |
| 21375 | 2550 | M | 9/9/2011 | 130.60 | 107.77 | 22.83 |
| 21375 | 2550 | M | 9/23/2011 | 131.87 | - | 131.87 |
| 21375 | 2550 | M | 10/21/2011 | 225.89 | 225.88 | 0.01 |
| **21375 Total** | | | | | | 683.39 |
| 21385 | 2550 | M | 9/10/2010 | 298.82 | 192.26 | 106.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 21385 | 2550 | M | 9/24/2010 | 120.89 | 110.02 | 10.87 |
| 21385 | 2550 | M | 11/19/2010 | 314.95 | 289.85 | 25.10 |
| 21385 | 2550 | M | 12/3/2010 | 336.84 | 211.67 | 125.17 |
| 21385 | 2550 | M | 12/31/2010 | 253.50 | 169.83 | 83.67 |
| 21385 | 2550 | M | 1/14/2011 | 241.85 | 221.58 | 20.27 |
| 21385 | 2550 | M | 1/28/2011 | 126.87 | 115.45 | 11.42 |
| 21385 | 2550 | M | 2/25/2011 | 126.87 | 104.05 | 22.82 |
| 21385 | 2550 | M | 4/22/2011 | 125.50 | 68.45 | 57.05 |
| 21385 | 2550 | M | 5/6/2011 | 319.15 | 294.05 | 25.10 |
| 21385 | 2550 | M | 6/3/2011 | 317.95 | 242.65 | 75.30 |
| 21385 | 2550 | M | 7/29/2011 | 79.62 | 72.23 | 7.39 |
| 21385 | 2550 | M | 9/9/2011 | 126.60 | 58.14 | 68.46 |
| 21385 | 2550 | M | 9/23/2011 | 191.39 | 150.46 | 40.93 |
| 21385 | 2550 | M | 10/21/2011 | 32.95 | 32.94 | 0.01 |
| 21385 | 2550 | M | 12/30/2011 | 417.98 | 284.57 | 133.41 |
| **21385 Total** | | | | | | 813.53 |
| 21392 | 2550 | M | 10/7/2011 | 192.26 | 38.51 | 153.75 |
| 21392 | 2550 | M | 11/18/2011 | 123.65 | 112.26 | 11.39 |
| **21392 Total** | | | | | | 165.14 |
| 23051 | 2550 | M | 10/21/2011 | 163.33 | 163.32 | 0.01 |
| **23051 Total** | | | | | | 0.01 |
| 23569 | 2550 | M | 9/10/2010 | 18.17 | - | 18.17 |
| 23569 | 2550 | M | 12/3/2010 | 175.43 | 169.68 | 5.75 |
| 23569 | 2550 | M | 12/17/2010 | 114.94 | 68.58 | 46.36 |
| 23569 | 2550 | M | 2/25/2011 | 102.04 | 92.92 | 9.12 |
| 23569 | 2550 | M | 4/8/2011 | 488.38 | 385.93 | 102.45 |
| 23569 | 2550 | M | 6/17/2011 | 59.77 | 51.22 | 8.55 |
| **23569 Total** | | | | | | 190.40 |
| 23759 | 2550 | M | 9/9/2011 | 151.59 | 137.80 | 13.79 |
| **23759 Total** | | | | | | 13.79 |
| 23777 | 2550 | M | 9/10/2010 | 198.13 | 135.47 | 62.66 |
| 23777 | 2550 | M | 9/24/2010 | 126.14 | 103.90 | 22.24 |
| **23777 Total** | | | | | | 84.90 |
| 23790 | 2550 | M | 9/10/2010 | 60.63 | 0 | 60.63 |
| 23790 | 2550 | M | 11/5/2010 | 133.54 | 127.97 | 5.57 |
| 23790 | 2550 | M | 12/3/2010 | 82.99 | 62.75 | 20.24 |
| 23790 | 2550 | M | 1/28/2011 | 39.22 | 35.60 | 3.62 |
| 23790 | 2550 | M | 3/25/2011 | 70.92 | 51.82 | 19.10 |
| 23790 | 2550 | M | 5/6/2011 | 138.45 | 137.71 | 0.74 |
| 23790 | 2550 | M | 7/15/2011 | 19.61 | 19.49 | 0.12 |
| **23790 Total** | | | | | | 110.02 |
| 23791 | 2550 | M | 10/22/2010 | 81.68 | 74.36 | 7.32 |
| 23791 | 2550 | M | 11/5/2010 | 72.56 | 66.01 | 6.55 |
| 23791 | 2550 | M | 11/19/2010 | 72.56 | 50.95 | 21.61 |
| 23791 | 2550 | M | 9/9/2011 | 247.03 | 225.83 | 21.20 |
| **23791 Total** | | | | | | 56.68 |
| 23794 | 2550 | M | 2/11/2011 | 68.74 | 61.37 | 7.37 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **23794 Total** | | | | | | 7.37 |
| 23831 | 2550 | M | 9/24/2010 | 49.57 | 40.07 | 9.50 |
| **23831 Total** | | | | | | 9.50 |
| 23856 | 2550 | M | 12/3/2010 | 120.26 | 105.76 | 14.50 |
| 23856 | 2550 | M | 12/17/2010 | 198.82 | 194.57 | 4.25 |
| 23856 | 2550 | M | 12/31/2010 | 180.07 | 117.71 | 62.36 |
| **23856 Total** | | | | | | 81.11 |
| 23862 | 2550 | M | 7/1/2011 | 4.27 | 3.45 | 0.82 |
| **23862 Total** | | | | | | 0.82 |
| 23863 | 2550 | M | 3/11/2011 | 191.26 | 190.77 | 0.49 |
| **23863 Total** | | | | | | 0.49 |
| 23867 | 2550 | M | 11/19/2010 | 116.03 | 98.00 | 18.03 |
| 23867 | 2550 | M | 12/3/2010 | 76.22 | 51.06 | 25.16 |
| 23867 | 2550 | M | 1/28/2011 | 166.64 | 145.27 | 21.37 |
| 23867 | 2550 | M | 3/11/2011 | 29.21 | 27.82 | 1.39 |
| 23867 | 2550 | M | 5/20/2011 | 115.66 | 69.31 | 46.35 |
| 23867 | 2550 | M | 6/17/2011 | 411.06 | 395.45 | 15.61 |
| 23867 | 2550 | M | 7/1/2011 | 234.60 | 225.15 | 9.45 |
| **23867 Total** | | | | | | 137.36 |
| 23875 | 2550 | M | 9/24/2010 | 23.60 | 21.66 | 1.94 |
| 23875 | 2550 | M | 12/17/2010 | 3.94 | 3.40 | 0.54 |
| 23875 | 2550 | M | 1/14/2011 | 188.10 | 165.93 | 22.17 |
| 23875 | 2550 | M | 1/28/2011 | 373.50 | 347.35 | 26.15 |
| 23875 | 2550 | M | 7/15/2011 | 23.52 | 19.24 | 4.28 |
| **23875 Total** | | | | | | 55.08 |
| 27254 | 2550 | M | 9/10/2010 | 121.96 | 34.55 | 87.41 |
| 27254 | 2550 | M | 9/24/2010 | 61.20 | 59.77 | 1.43 |
| 27254 | 2550 | M | 10/22/2010 | 33.30 | 28.64 | 4.66 |
| 27254 | 2550 | M | 12/3/2010 | 167.69 | 102.81 | 64.88 |
| 27254 | 2550 | M | 3/11/2011 | 30.57 | 26.42 | 4.15 |
| 27254 | 2550 | M | 8/26/2011 | 12.05 | 10.10 | 1.95 |
| 27254 | 2550 | M | 10/21/2011 | 24.20 | 24.19 | 0.01 |
| **27254 Total** | | | | | | 164.49 |
| 27271 | 2550 | M | 9/10/2010 | 120.67 | 13.9 | 106.77 |
| 27271 | 2550 | M | 2/11/2011 | 119.48 | 104.03 | 15.45 |
| 27271 | 2550 | M | 3/25/2011 | 119.12 | 88.22 | 30.90 |
| 27271 | 2550 | M | 7/1/2011 | 60.08 | 51.98 | 8.10 |
| 27271 | 2550 | M | 7/15/2011 | 210.78 | 198.12 | 12.66 |
| 27271 | 2550 | M | 9/23/2011 | 126.44 | 110.13 | 16.31 |
| 27271 | 2550 | M | 10/21/2011 | 190.51 | 190.50 | 0.01 |
| **27271 Total** | | | | | | 190.20 |
| 27280 | 2550 | M | 12/3/2010 | 177.25 | 110.83 | 66.42 |
| **27280 Total** | | | | | | 66.42 |
| 27281 | 2550 | M | 8/12/2011 | 8.43 | 8.27 | 0.16 |
| **27281 Total** | | | | | | 0.16 |
| 27285 | 2550 | M | 9/10/2010 | 3.30 | - | 3.30 |
| 27285 | 2550 | M | 9/24/2010 | 70.27 | 67.44 | 2.83 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27285 | 2550 | M | 12/3/2010 | 356.84 | 330.84 | 26.00 |
| 27285 | 2550 | M | 12/17/2010 | 332.40 | 223.33 | 109.07 |
| 27285 | 2550 | M | 4/8/2011 | 155.89 | 136.42 | 19.47 |
| 27285 | 2550 | M | 11/18/2011 | 42.48 | 38.60 | 3.88 |
| **27285 Total** | | | | | | 164.55 |
| 27294 | 2550 | M | 10/22/2010 | 94.18 | 93.97 | 0.21 |
| 27294 | 2550 | M | 11/19/2010 | 20.14 | 17.73 | 2.41 |
| 27294 | 2550 | M | 12/3/2010 | 12.40 | 8.57 | 3.83 |
| 27294 | 2550 | M | 12/17/2010 | 114.88 | 112.3 | 2.58 |
| 27294 | 2550 | M | 2/25/2011 | 56.65 | 55.97 | 0.68 |
| 27294 | 2550 | M | 3/11/2011 | 46.03 | 41.05 | 4.98 |
| 27294 | 2550 | M | 4/22/2011 | 28.33 | 25.56 | 2.77 |
| 27294 | 2550 | M | 5/6/2011 | 113.30 | 110.72 | 2.58 |
| 27294 | 2550 | M | 10/21/2011 | 24.79 | 24.78 | 0.01 |
| **27294 Total** | | | | | | 20.05 |
| 27303 | 2550 | M | 9/10/2010 | 113.83 | 34.30 | 79.53 |
| 27303 | 2550 | M | 9/9/2011 | 90.17 | 77.96 | 12.21 |
| **27303 Total** | | | | | | 91.74 |
| 27318 | 2550 | M | 9/10/2010 | 114.62 | 41.62 | 73.00 |
| 27318 | 2550 | M | 2/25/2011 | 33.63 | 29.75 | 3.88 |
| 27318 | 2550 | M | 3/11/2011 | 59.48 | 58.13 | 1.35 |
| 27318 | 2550 | M | 8/26/2011 | 29.74 | 28.36 | 1.38 |
| 27318 | 2550 | M | 9/23/2011 | 347.53 | 341.15 | 6.38 |
| **27318 Total** | | | | | | 85.99 |
| 27320 | 2550 | M | 11/18/2011 | 77.21 | 76.97 | 0.24 |
| **27320 Total** | | | | | | 0.24 |
| 27336 | 2550 | M | 9/23/2011 | 72.61 | 63.19 | 9.42 |
| **27336 Total** | | | | | | 9.42 |
| 27402 | 2550 | M | 9/10/2010 | 54.57 | - | 54.57 |
| 27402 | 2550 | M | 9/24/2010 | 50.13 | 45.71 | 4.42 |
| 27402 | 2550 | M | 10/22/2010 | 55.54 | 48.69 | 6.85 |
| 27402 | 2550 | M | 12/3/2010 | 455.99 | 342.33 | 113.66 |
| 27402 | 2550 | M | 1/14/2011 | 28.32 | 21.76 | 6.56 |
| 27402 | 2550 | M | 1/28/2011 | 335.94 | 298.17 | 37.77 |
| 27402 | 2550 | M | 7/29/2011 | 109.58 | 65.64 | 43.94 |
| 27402 | 2550 | M | 9/9/2011 | 87.40 | 52.38 | 35.02 |
| **27402 Total** | | | | | | 302.79 |
| 27405 | 2550 | M | 11/5/2010 | 266.51 | 224.57 | 41.94 |
| 27405 | 2550 | M | 11/19/2010 | 267.22 | 203.72 | 63.50 |
| 27405 | 2550 | M | 12/17/2010 | 284.41 | 283.71 | 0.70 |
| 27405 | 2550 | M | 12/31/2010 | 323.58 | 256.97 | 66.61 |
| 27405 | 2550 | M | 2/11/2011 | 107.40 | 97.63 | 9.77 |
| 27405 | 2550 | M | 3/11/2011 | 202.48 | 185.51 | 16.97 |
| 27405 | 2550 | M | 4/8/2011 | 163.45 | 121.42 | 42.03 |
| 27405 | 2550 | M | 5/20/2011 | 231.73 | 230.32 | 1.41 |
| 27405 | 2550 | M | 6/17/2011 | 188.84 | 172.84 | 16.00 |
| 27405 | 2550 | M | 9/9/2011 | 137.58 | 119.68 | 17.90 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27405 | 2550 | M | 9/23/2011 | 275.70 | 273.01 | 2.69 |
| **27405 Total** | | | | | | 279.52 |
| 27417 | 2550 | M | 9/10/2010 | 28.46 | - | 28.46 |
| 27417 | 2550 | M | 2/11/2011 | 3.62 | 3.12 | 0.50 |
| 27417 | 2550 | M | 3/25/2011 | 61.12 | 52.65 | 8.47 |
| 27417 | 2550 | M | 4/22/2011 | 29.07 | 25.14 | 3.93 |
| 27417 | 2550 | M | 5/6/2011 | 58.10 | 57.78 | 0.32 |
| 27417 | 2550 | M | 7/1/2011 | 18.18 | 17.35 | 0.83 |
| 27417 | 2550 | M | 7/15/2011 | 58.10 | 57.78 | 0.32 |
| **27417 Total** | | | | | | 42.83 |
| 27457 | 2550 | M | 12/31/2010 | 78.76 | 44.77 | 33.99 |
| 27457 | 2550 | M | 5/6/2011 | 55.54 | 31.30 | 24.24 |
| 27457 | 2550 | M | 7/29/2011 | 7.14 | 6.50 | 0.64 |
| **27457 Total** | | | | | | 58.87 |
| 27458 | 2550 | M | 9/10/2010 | 54.57 | - | 54.57 |
| 27458 | 2550 | M | 9/24/2010 | 23.58 | 19.52 | 4.06 |
| 27458 | 2550 | M | 12/31/2010 | 184.70 | 101.31 | 83.39 |
| 27458 | 2550 | M | 2/25/2011 | 129.03 | 124.64 | 4.39 |
| 27458 | 2550 | M | 5/6/2011 | 3.58 | 3.16 | 0.42 |
| 27458 | 2550 | M | 7/29/2011 | 7.19 | 6.85 | 0.34 |
| 27458 | 2550 | M | 8/12/2011 | 27.98 | 18.80 | 9.18 |
| 27458 | 2550 | M | 9/23/2011 | 113.95 | 104.18 | 9.77 |
| **27458 Total** | | | | | | 166.12 |
| 27464 | 2550 | M | 10/22/2010 | 197.18 | 124.16 | 73.02 |
| **27464 Total** | | | | | | 73.02 |
| 27470 | 2550 | M | 9/10/2010 | 19.88 | - | 19.88 |
| 27470 | 2550 | M | 10/22/2010 | 99.44 | 54.57 | 44.87 |
| 27470 | 2550 | M | 6/17/2011 | 27.00 | 23.72 | 3.28 |
| 27470 | 2550 | M | 7/29/2011 | 81.11 | 71.74 | 9.37 |
| **27470 Total** | | | | | | 77.40 |
| 27483 | 2550 | M | 10/22/2010 | 170.38 | 153.65 | 16.73 |
| 27483 | 2550 | M | 11/19/2010 | 55.73 | 33.67 | 22.06 |
| 27483 | 2550 | M | 12/3/2010 | 57.45 | 53.63 | 3.82 |
| 27483 | 2550 | M | 12/31/2010 | 113.07 | 89.93 | 23.14 |
| 27483 | 2550 | M | 3/25/2011 | 14.18 | 11.98 | 2.20 |
| 27483 | 2550 | M | 6/3/2011 | 179.59 | 158.57 | 21.02 |
| 27483 | 2550 | M | 9/9/2011 | 29.76 | 24.51 | 5.25 |
| **27483 Total** | | | | | | 94.22 |
| 27494 | 2550 | M | 11/5/2010 | 6.59 | 5.64 | 0.95 |
| 27494 | 2550 | M | 4/22/2011 | 215.09 | 188.98 | 26.11 |
| 27494 | 2550 | M | 5/20/2011 | 150.11 | 149.3 | 0.81 |
| 27494 | 2550 | M | 6/3/2011 | 77.19 | 34.57 | 42.62 |
| **27494 Total** | | | | | | 70.49 |
| 27527 | 2550 | M | 11/5/2010 | 226.14 | 172.61 | 53.53 |
| 27527 | 2550 | M | 12/17/2010 | 13.52 | 11.00 | 2.52 |
| **27527 Total** | | | | | | 56.05 |
| 27532 | 2550 | M | 10/22/2010 | 49.70 | 41.70 | 8.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **27532 Total** | | | | | | 8.00 |
| 27533 | 2550 | M | 11/19/2010 | 61.67 | 50.23 | 11.44 |
| **27533 Total** | | | | | | 11.44 |
| 27537 | 2550 | M | 9/10/2010 | 202.78 | 132.64 | 70.14 |
| 27537 | 2550 | M | 9/24/2010 | 90.93 | 88.76 | 2.17 |
| 27537 | 2550 | M | 1/28/2011 | 55.24 | 50.38 | 4.86 |
| 27537 | 2550 | M | 2/25/2011 | 55.24 | 50.38 | 4.86 |
| **27537 Total** | | | | | | 82.03 |
| 27543 | 2550 | M | 12/3/2010 | 37.52 | 19.44 | 18.08 |
| 27543 | 2550 | M | 12/17/2010 | 15.83 | 8.04 | 7.79 |
| **27543 Total** | | | | | | 25.87 |
| 27545 | 2550 | M | 1/28/2011 | 10.07 | 7.82 | 2.25 |
| 27545 | 2550 | M | 7/15/2011 | 114.53 | 109.89 | 4.64 |
| 27545 | 2550 | M | 11/18/2011 | 114.16 | 113.79 | 0.37 |
| **27545 Total** | | | | | | 7.26 |
| 27546 | 2550 | M | 9/10/2010 | 3.09 | - | 3.09 |
| 27546 | 2550 | M | 11/5/2010 | 116.47 | 70.39 | 46.08 |
| 27546 | 2550 | M | 1/14/2011 | 216.11 | 205.12 | 10.99 |
| 27546 | 2550 | M | 3/25/2011 | 13.72 | 13.05 | 0.67 |
| 27546 | 2550 | M | 4/22/2011 | 40.27 | 33.33 | 6.94 |
| **27546 Total** | | | | | | 67.77 |
| 27550 | 2550 | M | 9/10/2010 | 187.25 | 99.14 | 88.11 |
| 27550 | 2550 | M | 12/17/2010 | 54.52 | 49.67 | 4.85 |
| **27550 Total** | | | | | | 92.96 |
| 27552 | 2550 | M | 11/5/2010 | 76.26 | 56.07 | 20.19 |
| 27552 | 2550 | M | 12/17/2010 | 25.78 | 22.25 | 3.53 |
| **27552 Total** | | | | | | 23.72 |
| 27554 | 2550 | M | 9/24/2010 | 316.02 | 307.32 | 8.70 |
| 27554 | 2550 | M | 11/5/2010 | 92.98 | 92.61 | 0.37 |
| 27554 | 2550 | M | 11/19/2010 | 22.68 | 15.11 | 7.57 |
| 27554 | 2550 | M | 12/3/2010 | 17.45 | 16.27 | 1.18 |
| 27554 | 2550 | M | 3/25/2011 | 108.30 | 102.81 | 5.49 |
| 27554 | 2550 | M | 7/1/2011 | 53.75 | 50.87 | 2.88 |
| **27554 Total** | | | | | | 26.19 |
| 28662 | 2550 | M | 9/10/2010 | 146.42 | 76.32 | 70.10 |
| 28662 | 2550 | M | 2/11/2011 | 105.66 | 79.35 | 26.31 |
| 28662 | 2550 | M | 4/22/2011 | 294.96 | 274.14 | 20.82 |
| 28662 | 2550 | M | 6/3/2011 | 54.27 | 49.67 | 4.60 |
| 28662 | 2550 | M | 9/9/2011 | 249.46 | 203.49 | 45.97 |
| 28662 | 2550 | M | 12/30/2011 | 111.44 | - | 111.44 |
| **28662 Total** | | | | | | 279.24 |
| 28691 | 2550 | M | 10/22/2010 | 172.02 | 163.57 | 8.45 |
| 28691 | 2550 | M | 12/31/2010 | 71.73 | 59.44 | 12.29 |
| 28691 | 2550 | M | 1/14/2011 | 249.92 | 196.42 | 53.50 |
| 28691 | 2550 | M | 4/8/2011 | 162.85 | 150.03 | 12.82 |
| 28691 | 2550 | M | 6/3/2011 | 106.39 | 88.84 | 17.55 |
| 28691 | 2550 | M | 6/17/2011 | 19.89 | 16.34 | 3.55 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28691 | 2550 | M | 9/9/2011 | 104.57 | 95.79 | 8.78 |
| 28691 | 2550 | M | 10/7/2011 | 259.23 | 155.85 | 103.38 |
| **28691 Total** | | | | | | 220.32 |
| 28918 | 2550 | M | 2/11/2011 | 362.54 | 362.03 | 0.51 |
| 28918 | 2550 | M | 6/3/2011 | 81.25 | 76.37 | 4.88 |
| **28918 Total** | | | | | | 5.39 |
| 30028 | 2550 | M | 3/11/2011 | 108.57 | 99.79 | 8.78 |
| 30028 | 2550 | M | 5/20/2011 | 80.72 | 77.35 | 3.37 |
| **30028 Total** | | | | | | 12.15 |
| 30120 | 2550 | M | 10/14/2011 | 147.25 | 147.24 | 0.01 |
| 30120 | 2550 | M | 11/18/2011 | 103.33 | 20.67 | 82.66 |
| **30120 Total** | | | | | | 82.67 |
| 30121 | 2550 | M | 10/21/2011 | 82.67 | 82.66 | 0.01 |
| **30121 Total** | | | | | | 0.01 |
| 11360 | 2550 | N | 9/10/2010 | 41.22 | - | 41.22 |
| 11360 | 2550 | N | 9/24/2010 | 77.22 | 74.73 | 2.49 |
| 11360 | 2550 | N | 11/5/2010 | 82.11 | 70.84 | 11.27 |
| 11360 | 2550 | N | 11/19/2010 | 92.36 | 79.75 | 12.61 |
| 11360 | 2550 | N | 1/28/2011 | 546.57 | 526.80 | 19.77 |
| 11360 | 2550 | N | 7/1/2011 | 25.42 | 16.32 | 9.10 |
| 11360 | 2550 | N | 7/15/2011 | 45.93 | 32.98 | 12.95 |
| 11360 | 2550 | N | 10/21/2011 | 20.64 | 20.63 | 0.01 |
| **11360 Total** | | | | | | 109.42 |
| 11747 | 2550 | N | 10/21/2011 | 69.02 | 69.01 | 0.01 |
| **11747 Total** | | | | | | 0.01 |
| 12139 | 2550 | N | 9/10/2010 | 309.20 | 193.35 | 115.85 |
| 12139 | 2550 | N | 11/19/2010 | 20.17 | 11.40 | 8.77 |
| 12139 | 2550 | N | 12/17/2010 | 185.35 | 181.36 | 3.99 |
| 12139 | 2550 | N | 2/11/2011 | 144.02 | 135.29 | 8.73 |
| 12139 | 2550 | N | 3/25/2011 | 284.40 | 213.91 | 70.49 |
| 12139 | 2550 | N | 4/22/2011 | 325.91 | 270.04 | 55.87 |
| 12139 | 2550 | N | 5/6/2011 | 40.98 | 32.80 | 8.18 |
| 12139 | 2550 | N | 9/23/2011 | 183.94 | 152.03 | 31.91 |
| **12139 Total** | | | | | | 303.79 |
| 12401 | 2550 | N | 12/3/2010 | 311.90 | 237.43 | 74.47 |
| 12401 | 2550 | N | 3/25/2011 | 139.84 | 123.97 | 15.87 |
| **12401 Total** | | | | | | 90.34 |
| 13532 | 2550 | N | 11/19/2010 | 62.61 | 54.05 | 8.56 |
| 13532 | 2550 | N | 1/28/2011 | 31.32 | 26.96 | 4.36 |
| 13532 | 2550 | N | 10/21/2011 | 57.20 | 57.19 | 0.01 |
| **13532 Total** | | | | | | 12.93 |
| 15979 | 2550 | N | 9/10/2010 | 42.90 | - | 42.90 |
| 15979 | 2550 | N | 12/3/2010 | 52.49 | 41.41 | 11.08 |
| 15979 | 2550 | N | 4/22/2011 | 260.45 | 43.36 | 217.09 |
| **15979 Total** | | | | | | 271.07 |
| 17486 | 2550 | N | 9/24/2010 | 29.99 | 27.80 | 2.19 |
| 17486 | 2550 | N | 11/5/2010 | 165.48 | 143.38 | 22.10 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 17486 | 2550 | N | 11/19/2010 | 70.53 | 63.91 | 6.62 |
| 17486 | 2550 | N | 12/17/2010 | 124.55 | 89.89 | 34.66 |
| 17486 | 2550 | N | 2/25/2011 | 39.73 | 21.93 | 17.80 |
| 17486 | 2550 | N | 3/25/2011 | 59.59 | 51.75 | 7.84 |
| 17486 | 2550 | N | 4/22/2011 | 70.09 | 59.96 | 10.13 |
| 17486 | 2550 | N | 9/9/2011 | 40.17 | 38.00 | 2.17 |
| **17486 Total** | | | | | | 103.51 |
| 19096 | 2550 | N | 9/10/2010 | 258.80 | 153.64 | 105.16 |
| 19096 | 2550 | N | 12/3/2010 | 185.16 | 122.72 | 62.44 |
| 19096 | 2550 | N | 12/17/2010 | 31.06 | 26.70 | 4.36 |
| 19096 | 2550 | N | 12/31/2010 | 341.62 | 284.97 | 56.65 |
| **19096 Total** | | | | | | 228.61 |
| **Grand Total** | | | | | | 13,030.10 |

000014